United States Courts
Southern District of Texas
FILED

*July 15, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | Case No. **4:26-cr-439** |
| **PETER JAMES BLOOMFIELD**, | |
| Defendant. | |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Title 18, United States Code, Section 875(c)
Interstate Communication With A Threat To Injure

On or about June 2, 2026, in the Southern District of Texas and elsewhere, the defendant,

**PETER JAMES BLOOMFIELD**

did knowingly and willfully transmit, in interstate and foreign commerce, a threat to injure the person of another, to wit, the Defendant posted to several social media accounts: "Where's the closest FBI office? Maybe I'll kill several agents since America is fucked."

All in violation of Title 18, United States Code, Section 875(c).

### COUNT TWO

Title 18, United States Code, Section 875(c)
Interstate Communication With A Threat To Injure

On or about June 2, 2026, in the Southern District of Texas and elsewhere, the defendant,

**PETER JAMES BLOOMFIELD**

did knowingly and willfully transmit, in interstate and foreign commerce, a threat to injure the

1

person of another, to wit, posted to several social media accounts: "I might save and spend my money to blow up the White House and kill some billionaire Jews."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE

Title 18, United States Code, Section 875(c)
Interstate Communication With A Threat To Injure

On or about June 3, 2026, in the Southern District of Texas and elsewhere, the defendant,

**PETER JAMES BLOOMFIELD**

did knowingly and willfully transmit, in interstate and foreign commerce, a threat to injure the person of another, to wit, the Defendant made a post in the live chat section of a Fox News broadcast of a United States Senate hearing reading: "I'm making a fucking hit list and Elon and Trump are at the top of the fucking list same as FBI and CIA."

All in violation of Title 18, United States Code, Section 875(c).

**A TRUE BILL.**

AARON F. REITZ
United States Attorney

Original Signature on File

**FOREPERSON OF THE GRAND JURY**

John S. Ganz
Assistant United States Attorney
Southern District of Texas

DATED:    July 15, 2026
Houston, Texas

2