IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:26-CR-00439 |
| | § | |
| PETER JAMES BLOOMFIELD | § | |

**UNOPPOSED MOTION TO CONTINUE JURY TRIAL AND TO ENTER A NEW SCHEDULING ORDER**

TO THE HONORABLE GEORGE C. HANKS, JR., UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

COMES NOW, PETER JAMES BLOOMFIELD, defendant, and respectfully moves this Honorable Court to continue the jury trial and to enter a new scheduling order and for good cause would show as follows:

I.

Pretrial Conference is set for September 4, 2026, and Jury Trial is set for September 14, 2026.

II.

Counsel for defendant requests a continuance of 120 days for the following reasons. Discovery in this case remains outstanding. Counsel is awaiting the production of the materials obtained pursuant to two search warrants, including the returns and the extractions of the data seized. Counsel cannot complete review of the evidence, evaluate and prepare any pretrial motions, or fully advise the defendant regarding his options in this case until the material has been produced and reviewed. Counsel for the defendant and the

government have been communicating on a regular basis regarding the outstanding discovery.

III.

Based on the reasons presented herein, Defendant respectfully requests that this Honorable Court continue the trial for 120 days. A continuance of the trial setting should be excluded from the Speedy Trial limitations pursuant to 18 U.S.C. § 3161(h)(8)(A) for the ends of justice are served by such continuance and the need for the continuance outweighs the best interest of the public and the defendant in a speedy trial.

IV.

WHEREFORE, PREMISES CONSIDERED, Defendant herein requests that this Court, in accordance with United States Code, Title 18, § 3161(h)(8)(A), determine that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and enter an Order continuing the trial date and all other pre-trial deadlines to a date consistent with the above requests and convenient with the Court's schedule.

This motion for continuance is not made for purposes of delay, but that justice may be done. For all the foregoing reasons, counsel for defendant requests a continuance of 120 days in this case.

Respectfully submitted,

*/s/ Reagen E. Thomas*
REAGEN E. THOMAS
Federal ID No. 3905235
TBA No. 24135939
Reagen@rthomas.law
245 West 18th Street,
Houston, Texas 77008
Telephone: (832) 409-1646

Counsel for Defendant,
PETER JAMES BLOOMFIELD

**CERTIFICATE OF CONFERENCE**

On August 24, 2026, counsel for defendant conferred with AUSA John S. Ganz concerning his position on Defendant's Motion for Continuance. Mr. Ganz stated that the Government is unopposed to this motion.

*/s/ Reagen E. Thomas*
Reagen E. Thomas

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an email notification of this filing to all registered parties.

*/s/ Reagen E. Thomas*
Reagen E. Thomas